**Dismissed and Memorandum Opinion filed October 30, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-14-00619-CV

### CLAUDE KITTLES, Appellant

### V.

### VINTAGE PARK, L.P., Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1049055**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from a judgment signed July 24, 2014, dismissing the underlying appeal from justice court. The clerk's record has not been filed. On October 3, 2014, the Harris County Clerk's office notified this court that appellant has not paid for preparation of the record. In addition, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the

Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On August 13, 2014, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by August 25, 2014. No response was filed.

On October 6, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to the court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Donovan.